No. 11–5707.  SANDERS *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN.  C. A. 6th Cir.  Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 938] denied.